■ In the Matter of WILLIAM J. UNROCH, an Attorney. — Respondent is directed to show cause why a final order of suppression, censure or removal from office should not be made, and pending final determination of the petition, respondent is suspended from practice as an attorney and counselor at law in the State of New York effective immediately and until the further order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Sullivan and Kassal.

■ THE PEOPLE OF THE STATE OF NEW YORK v THOMAS DE VINE. — Motion granted to the extent of amending the remittitur to recite the following: "Upon the appeal herein there were presented, and necessarily passed upon, questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Fourth and Sixth Amendments of the United States Constitution were violated. The Appellate Division held that there was no such violation of appellant's rights." Concur — Sullivan, J. P., Ross, Silverman, Bloom and Fein, JJ.

■ ISRAEL DISCOUNT BANK LIMITED, Respondent, v BERNARD RAPPAPORT et al., Appellants. — The order of this court entered on December 14, 1982 (91 AD2d 543) is amended so as to include all of the defendants-appellants in granting leave to appeal to the Court of Appeals from this court's order entered November 18, 1982 (90 AD2d 740). Concur — Kupferman, J. P., Bloom, Asch and Milonas, JJ.

■ In the Matter of JULIUS STERN, an Attorney. — Motion granted and respondent is reinstated as an attorney and counselor at law in the State of New York. Concur — Kupferman, J. P., Sandler, Bloom, Fein and Milonas, JJ.

■ In the Matter of STANLEY N. RICHTER, an Attorney. — Respondent is directed to show cause why a final order of suspension, censure or removal from office should not be made, and pending final determination of the petition, respondent is suspended from practice as an attorney and counselor at law in the State of New York. Concur — Kupferman, J. P., Sandler, Silverman, Milonas and Kassal, JJ.